IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINA SAIZ,

    Plaintiff,

v.    No. 2:22-cv-814 GBW/KRS

BOARD OF COUNTY COMMISSIONERS
OF DONA ANA, et al.,

    Defendants.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED SECOND MOTION FOR LEAVE TO AMEND COMPLAINT

THIS MATTER is before the Court on Plaintiff's Second Motion for Leave to Amend Complaint, filed June 9, 2023. (Doc. 38). Plaintiff asks for leave to file her Third Amended Complaint, which is attached to the Motion at Document 38-1. Defendants have not filed a response to the Motion and the time for doing so has passed, which constitutes consent to grant the Motion. *See* D.N.M. LR-Civ. 7.1(b) ("The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion.").

IT IS THEREFORE ORDERED that Plaintiff's Second Motion for Leave to Amend Complaint, (Doc. 38), is GRANTED. Plaintiff shall file the Third Amended Complaint attached to the Motion at Document 38-1 no later than July 14, 2023.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE